**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


IN RE:  JOANNE HEISEY MOTION FOR    :   No. 76 WM 2021
EXTENSION PURSUANT TO RULE 311    :
                                              :


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 9th day of December, 2021, the "Motion for Extension of Admission to Practice Law Pursuant to" Bar Admission Rule 311(g) is GRANTED.  In order to afford Joanne Heisey time to seek full admission to the Pennsylvania Bar, her temporary admission pursuant to Bar Admission Rule 311 is extended until October 7, 2022.